```
John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 039 JAM |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL |
| vs. | ) ACT;FINDINGS AND ORDER |
| | ) |
| YANEZ-BARBER et al., | ) Date:    August 2, 2016 |
| | ) Time:    9:15 a.m. |
| Defendant. | ) Judge:   Honorable John A. Mendez |

   The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Juan Carlos Yanez-Barber, Dina L. Santos, Esq., counsel for defendant Claudia Ryan-Barbour, Shari Rusk, Esq., and counsel for defendant Colin Ryan-Barbour, John R. Manning, Esq., hereby stipulate the following:

   1.   By previous order, this matter was set for status conference on May 24, 2016.

   2.   By this stipulation, the defendant now moves to continue the status conference until August 2, 2016 and to exclude time between May 24, 2016 and August 2, 2016 under Local Code T-4 (to allow defense counsel time to prepare).

   3.   The parties agree and stipulate, and request the Court find the following:

1      a.      On March 21, 2016, The United States has produced 201 pages of discovery as well as numerous audio files.

3      b.      Counsel for the defendants need additional time to review the discovery, conduct investigation, and interview potential witnesses.

6      c.      Counsel for the defendants believe the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10    d.      The Government does not object to the continuance.

11    e.      Based on the above-stated findings, the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial within the original date prescribed by the Speedy Trial Act.

16    f.      For the purpose of computing time under the Speedy Trial Act, 18 United States Code Section 3161(h)(7)(A) within which trial must commence, the time period of May 24, 2016, to August 2, 2016, inclusive, is deemed excludable pursuant to 18 United States Code Section 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T-4 because it results from a continuance granted by the Court at the defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

```
Dated:  May 17, 2016                    /s/  Dina L. Sanots
                                        DINA L. SANTOS
                                        Attorney for Defendant
                                        Juan Carlos Yanez-Barber

Dated:  May 17, 2016                    /s/  Shari Rusk
                                        SHARI RUSK
                                        Attorney for Defendant
                                        Claudia Ryan-Barbour

Dated: May 17, 2016                     /s/  John R. Manning
                                        JOHN R. MANNING
                                        Attorney for Defendant
                                        Colin Ryan-Barbour


Dated: May 17, 2016                     Phillip A. Talbert
                                        United States Attorney

                                        /s/  Jason Hitt
                                        JASON HITT
                                        Assistant United States Attorney
```

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 18th day of May, 2016.

```
                                        /s/ John A. Mendez

                                        HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT
```