John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16 CR 039 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | FINDINGS AND ORDER |
| YANEZ-BARBER et al., | Date:   December 6, 2016 |
| | Time:   9:15 a.m. |
| Defendant. | Judge:  Honorable John A. Mendez |

  The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Juan Carlos Yanez-Barber, Dina L. Santos, Esq., counsel for defendant Claudia Ryan-Barbour, Shari Rusk, Esq., and counsel for defendant Colin Ryan-Barbour, John R. Manning, Esq., hereby stipulate the following:

  1.  By previous order, this matter was set for status conference on October 11, 2016.

  2.  By this stipulation, the defendant now moves to continue the status conference until December 6, 2016 at 9:15 a.m. and to exclude time between October 11, 2016 and December 6, 2016 under Local Code T-4 (to allow defense counsel time to prepare).

  3.  The parties agree and stipulate, and request the Court find the following:

1    a.   On March 21, 2016, The United States has produced 201 pages
2         of discovery as well as numerous audio files.
3    b.   Counsel for the defendants need additional time to review
4         the discovery, conduct investigation, and interview
5         potential witnesses.
6    c.   Counsel for the defendants believe the failure to grant a
7         continuance in this case would deny defense counsel
8         reasonable time necessary for effective preparation, taking
9         into account the exercise of due diligence.
10   d.   The Government does not object to the continuance.
11   e.   Based on the above-stated findings, the ends of justice
12        served by granting the requested continuance outweigh the
13        best interests of the public and the defendants in a speedy
14        trial within the original date prescribed by the Speedy
15        Trial Act.
16   f.   For the purpose of computing time under the Speedy Trial
17        Act, 18 United States Code Section 3161(h)(7)(A) within
18        which trial must commence, the time period of October 11,
19        2016, to December 6, 2016, inclusive, is deemed excludable
20        pursuant to 18 United States Code Section 3161(h)(7)(A) and
21        (B)(iv), corresponding to Local Code T-4  because it
22        results from a continuance granted by the Court at the
23        defendants' request on the basis of the Court's finding
24        that the ends of justice served by taking such action
25        outweigh the best interest of the public and the defendant
26        in a speedy trial.

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 5, 2016         /s/  Dina L. Santos
                                DINA L. SANTOS
                                Attorney for Defendant
                                Juan Carlos Yanez-Barber

Dated:  October 5, 2016         /s/  Shari Rusk
                                SHARI RUSK
                                Attorney for Defendant
                                Claudia Ryan-Barbour

Dated: October 5, 2016          /s/  John R. Manning
                                JOHN R. MANNING
                                Attorney for Defendant
                                Colin Ryan-Barbour


Dated: October 5, 2016          Phillip A. Talbert
                                Acting United States Attorney

                                /s/  Jason Hitt
                                JASON HITT
                                Assistant United States Attorney

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 6th day of October, 2016.

/s/ John A. Mendez

HONORABLE JOHN A. MENDEZ

UNITED STATES DISTRICT COURT