John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
COLIN RYAN-BARBOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:16 CR 039 JAM |
| | ) |
| Plaintiff, | ) STIPULATION REGARDING EXCLUDABLE TIME |
| | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| vs. | ) FINDINGS AND ORDER |
| | ) |
| YANEZ-BARBER et al., | ) Date: June 13, 2017 |
| | ) Time: 9:15 a.m. |
| Defendants. | ) Judge: Honorable John A. Mendez |
| | ) |

The United States of America through its undersigned counsel, Jason Hitt, Assistant United States Attorney, together with counsel for defendant Juan Carlos Yanez-Barber, Dina L. Santos, Esq., counsel for defendant Claudia Ryan-Barbour, Shari Rusk, Esq., and counsel for defendant Colin Ryan-Barbour, John R. Manning, Esq., hereby stipulate the following:

1. By previous order, this matter was set for status conference on May 2, 2017.

2. By this stipulation, the defendants now move to continue the status conference until June 13, 2017 at 9:15 a.m. and to exclude time between May 2, 2017 and June 13, 2017 under Local Code T-4 (to allow defense counsel time to prepare).

3. The parties agree and stipulate, and request the Court find the following:

1      a.     On March 21, 2016, The United States has produced 201 pages
2             of discovery as well as numerous audio files.
3      b.     Counsel for the defendants need additional time to review
4             the discovery, conduct investigation, and interview
5             potential witnesses.
6      c.     Counsel for the defendants believe the failure to grant a
7             continuance in this case would deny defense counsel
8             reasonable time necessary for effective preparation, taking
9             into account the exercise of due diligence.
10     d.     The Government does not object to the continuance.
11     e.     Based on the above-stated findings, the ends of justice
12            served by granting the requested continuance outweigh the
13            best interests of the public and the defendants in a speedy
14            trial within the original date prescribed by the Speedy
15            Trial Act.
16     f.     For the purpose of computing time under the Speedy Trial
17            Act, 18 United States Code Section 3161(h)(7)(A) within
18            which trial must commence, the time period of May 2,
19            2017, to June 13, 2017, inclusive, is deemed excludable
20            pursuant to 18 United States Code Section 3161(h)(7)(A) and
21            (B)(iv), corresponding to Local Code T-4  because it
22            results from a continuance granted by the Court at the
23            defendants' request on the basis of the Court's finding
24            that the ends of justice served by taking such action
25            outweigh the best interest of the public and the defendant
26            in a speedy trial.
27
28

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 26, 2017                    /s/  Dina L. Santos
                                         DINA L. SANTOS
                                         Attorney for Defendant
                                         Juan Carlos Yanez-Barber

Dated: April 26, 2017                    /s/  Shari Rusk
                                         SHARI RUSK
                                         Attorney for Defendant
                                         Claudia Ryan-Barbour

Dated: April 26, 2017                    /s/  John R. Manning
                                         JOHN R. MANNING
                                         Attorney for Defendant
                                         Colin Ryan-Barbour


Dated: April 26, 2017                    Phillip A. Talbert
                                         United States Attorney

                                         /s/  Jason Hitt
                                         JASON HITT
                                         Assistant United States Attorney

**ORDER**


The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  IT IS SO FOUND AND ORDERED this 26th day of April, 2017.

                        /s/ John A. Mendez
                        HONORABLE JOHN A. MENDEZ
                        UNITED STATES DISTRICT COURT JUDGE