Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
Juan Carlos Yanez-Barber

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 16-00039-JAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE J&S TO 2/20/18 AT 9:15 A.M. |
| v. | |
| JUAN CARLOS YANEZ-BARBER, Defendant | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, Jason Hitt, and Defendant, Juan Carlos Yanez-Barber, represented by Attorney Dina Santos, hereby stipulate to continue the date of Judgement and Sentencing to February 20, 2018, at 9:15 a.m. Probation will be advised of the new date.

IT IS SO STIPULATED.

Dated: January 17, 2018
MCGREGOR SCOTT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant United States Attorney

1

Dated: January 17, 2018                    /s/   Dina L. Santos
                                           DINA L. SANTOS, ESQ.
                                           Attorney for Juan Carlos Yanez-Barber

**ORDER**

IT IS SO FOUND AND ORDERED this 17th day of January, 2018

                    /s/ John A. Mendez
_____
                    HON. JOHN A. MENDEZ
                    UNITED STATES DISTRICT COURT JUDGE